UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALBERT BENJAMIN STUBBLEFIELD, | CV-12-5015-LRS |
| Plaintiff, | |
| -vs- | ORDER OF DISMISSAL |
| STEPHEN EUGENE "RALPH" STUBBLEFIELD and DEBORAH STUBBLEFIELD, BRENT HODGINS, ADENA LYNN HODGINS, and DOES 1-30, | |
| Defendants. | |

Plaintiff has filed a *pro se* complaint with jury demand requesting RICO remedies. Plaintiff's 60-page Complaint (ECF No. 1), which was supplemented with an 188-page "RICO Case Statement," (ECF No. 10) enumerates various claims characterized as Civil RICO and many unrecognizable causes of action, i.e., "Honest Services;" "Fraud and Swindles," alleged to be violations of 18 U.S.C. § 1346. The Court determines that Plaintiff's Complaint fails to comply with Federal Rule of Civil Procedure 8(a) and fails to state a valid claim(s) for which federal jurisdiction lies. See *McHenry v. Renne et al*, 84 F.3d 1172, 1178 (9th Cir. 1996). The Complaint is prolix and confusing. Plaintiff has failed to give the court or defendants a clear, concise statement of what circumstances have given rise to legitimate federal claims.

ORDER - 1

1   When addressing a *pro se* complaint, *generally* a district court "should
2   not dismiss without granting leave to amend at least once when a liberal
3   reading of the complaint gives any indication that a valid claim might
4   be stated." *Cuoco v. Moritsugu*, 222 F.3d 99, 112 (2d Cir.2000) [internal
5   quotation and citation omitted]; *see also* Fed.R.Civ.P. 15(a) (leave to
6   amend "shall be freely given when justice so requires"). An opportunity
7   to amend is not required where "the problem with [plaintiffs'] causes of
8   action is substantive" such that "[b]etter pleading will not cure it."
9   *Cuoco*, 222 F.3d at 112 (finding that repleading would be futile)
10  [citation omitted]; *see also Cortec Indus., Inc. v. Sum Holding L.P.*, 949
11  F.2d 42, 48 (2d Cir.1991) ("Of course, where a plaintiff is unable to
12  allege any fact sufficient to support its claim, a complaint should be
13  dismissed with prejudice.") (affirming, in part, dismissal of claim with
14  prejudice) [citation omitted].

15  The Court finds that the deficiencies with this Complaint cannot be
16  cured by any amendment. The Court hereby dismisses Plaintiff's action
17  without prejudice.

18  **IT IS HEREBY ORDERED**: Plaintiff's action is **DISMISSED** without
19  prejudice.

20  **IT IS SO ORDERED.** The District Court Executive is directed to enter
21  this Order, enter judgment accordingly, provide a copy to pro se
22  plaintiff and defense counsel, and **CLOSE THIS FILE**.

23  **DATED** this ___1st___ day of May, 2012

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 2