AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

ALBERT BENJAMIN STUBBLEFIELD,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

STEPHEN EUGENE "RALPH" STUBBLEFIELD and
DEBORAH STUBBLEFIELD, BRENT HODGINS,
ADENA LYNN HODGINS, and DOES 1-30,

CASE NUMBER: CV-12-5015-LRS

Defendants.

☐  **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒  **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that Plaintiff's action is dismissed without prejudice and judgment is entered in favor of Defendants pursuant to the Order of Dismissal entered on May 1, 2012, ECF No. 12.

May 1, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas

*(By) Deputy Clerk*
Cora Vargas